UNITED STATES of America, Appellant, v. Morris SHOCKLEY, Appellee.

No. 8139.

Circuit Court of Appeals, Sixth Circuit.

March 13, 1940.

James B. Frazier, Jr., U. S. Atty., of Knoxville, Tenn., Richard N. Ivins, of Chattanooga, Tenn., and Julius C. Martin, Wilbur C. Pickett, and Thomas E. Walsh, all of Washington, D. C., for appellant.

T. H. Morris, of Johnson City, Tenn., Milligan & Haynes, of Greeneville, Tenn., and W. J. Carter, of Johnson City, Tenn., for appellee.

Before HICKS, ALLEN, and ARANT, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of the record, briefs and argument of counsel, and it appearing to the court that there was substantial evidence that appellee became totally and permanently disabled within the life of the war risk insurance policy sued on, it is therefore ordered and adjudged that the judgment appealed from be and the same is in all things affirmed.

Frank WOLF, Appellant, v. B. C. SCHRAM, Receiver of First National Bank—Detroit, a National Banking Ass'n, Appellee.

No. 8215.

Circuit Court of Appeals, Sixth Circuit.

March 14, 1940.

Lucking, VanAuken & Sprague, of Detroit, Mich., for appellant.

Nichols, Wood, Marx & Ginter, of Cincinnati, Ohio, for appellee.

Before HICKS, ALLEN, and ARANT, Circuit Judges.

PER CURIAM.

This case came on for hearing upon the record, briefs and arguments of counsel, and it appearing that it arises out of the same state of facts as Barbour v. Thomas, 6 Cir., 86 F.2d 510, a class suit decided by this Court, and it appearing that a motion that the Comptroller of the Currency of the United States be made a party to this suit was denied and no appeal taken therefrom, it is ordered and adjudged that the order and judgment of the District Court be affirmed.